JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY L. JONES, a Natural Person,<br><br>   Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:18-cv-07793-AB-FFM<br>**Lead Case No.** 2:18-ml-02814-AB(FFMX)<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

On November 29, 2018, Plaintiff Wendy L. Jones and Defendant FORD MOTOR COMPANY entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: November 29, 2018

_____

Hon. Andre Birotte Jr.